UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN P. ADAMS PROPERTIES, INC.,
JOHN P. ADAMS, and ANN D. ADAMS,

    Plaintiffs,

v.                                      CASE NO: 8:10-cv-2519-T-26AEP

BB&T CORPORATION,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike Request for Jury Trial (Dkt. 15) is denied for failure to comply with the conferral requirement of Local Rule 3.01(g). Moreover, the Court is not inclined to entertain a motion to strike Plaintiff's jury demand nor convene an evidentiary hearing on such a motion until after the close of discovery. Accordingly, Defendant may refile the motion after the close of discovery and after conferring with Plaintiff's counsel as required by Local Rule 3.01(g).

**DONE AND ORDERED** at Tampa, Florida, on January 24, 2011.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record